1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   REGINALD MORRIS AND            ) Case No. CV 08-4012-JFW (RNB)
     PHILLIP MORRIS,                )
12                                  )
                    Plaintiffs,     ) ORDER TO SHOW CAUSE
13          vs.                     )
                                    )
14   LOS ANGELES COUNTY             )
     SHERIFF'S DEPARTMENT, et.      )
15   al.,                           )
                                    )
16                  Defendants.     )

17

18          On October 9, 2008, the assigned District Judge issued an Order, pursuant to

19   the Magistrate Judge's Report and Recommendation, dismissing from this action

20   defendants Los Angeles County Probation Department, Los Angeles Department of

21   Children and Family Services, Los Angeles County Sheriff's Department, and their

22   respective agency heads (i.e., Chief Probation Officer Robert Taylor, Director Patricia

23   S. Ploen, and Sheriff Leroy D. Baca); granting without leave to amend the Motion of

24   defendant Los Angeles County Unified School District ("LAUSD") to dismiss all of

25   plaintiffs' alleged claims under 42 U.S.C. § 1983, the Individuals with Disabilities

26   Education Act ("IDEA"), the Americans with Disabilities Act ("ADA"), and Section

27   504 of the Rehabilitation Act ("Rehabilitation Act") against LAUSD and LAUSD

28   Superintendent David Brewer, III ("Brewer") and dismissing from this action

                                            1

1  defendants LAUSD and Brewer; granting with leave to amend the Motion of
2  defendant Los Angeles County ("the County") to dismiss all of plaintiffs' alleged
3  federal civil rights claims against the County; granting without leave to amend the
4  County's Motion to Dismiss all of plaintiffs' alleged claims under the IDEA, the
5  ADA, and Rehabilitation Act claims against the County; denying plaintiffs' request
6  for leave to amend the Complaint to add County CEO William Fukioko as a
7  defendant; and dismissing without leave to amend plaintiff Reginald Morris's claim
8  seeking equitable relief from the child support judgment entered against him. Further,
9  the District Judge ordered plaintiffs to file a First Amended Complaint within thirty
10 (30) days remedying the deficiencies discussed in the Report and Recommendation
11 with respect to their federal civil rights claims against the County.

12        Plaintiffs' deadline to file a First Amended Complaint has now elapsed, and no
13 First Amended Complaint has been filed by plaintiffs.  Nor have plaintiffs sought a
14 further extension of time to do so.

15        Accordingly, on or before December 1, 2008, plaintiffs are ORDERED to show
16 good cause, if any they have, why they failed to timely file a First Amended
17 Complaint in compliance with the District Judge's Order and why this action should
18 not be dismissed for failure to comply with a Court order and/or failure to prosecute.
19 Plaintiffs shall attempt to show such good cause by filing declarations under penalty
20 of perjury, accompanied by a First Amended Complaint that remedies the deficiencies
21 discussed in the Report and Recommendation with respect to their federal civil rights
22 claims against the County.

23        The Court admonishes plaintiffs that their failure to timely file declarations
24 responsive to this Order to Show Cause accompanied by their First Amended
25 Complaint will be deemed by the Court as another violation of a Court order and as
26 further evidence of their lack of prosecution, and will result in a recommendation to
27 the District Judge that this action be dismissed on those grounds. See Fed. R. Civ. P.
28 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed.

1  2d 734, <u>reh'g</u> <u>denied</u>, 371 U.S. 873, 83 S. Ct. 115, 9 L. Ed. 2d 112 (1962); <u>Carey v.</u>

2  <u>King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

3

4  DATED: <u>November 13, 2008</u>

5

6                                   _____
                                     ROBERT N. BLOCK
7                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28